FILED

NOV 0 8 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _BC_____ DEP CLK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 4:21-mj-1133-RJ |
| ) | |
| v. ) | |
| ) | |
| JON C. PURINAI. ) | **CRIMINAL INFORMATION** |

The United States Attorney charges that:

On or about 27 August 2021, in the Eastern District of North Carolina, at Marine Corps Air Station Cherry Point, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JON C. PURINAI, did enter Marine Corps Air Station Cherry Point, a military installation, for a purpose prohibited by lawful regulation, to wit: entering the BT-11 Restricted Bombing Range Prohibited Area by boat, in violation of 18 U.S.C. § 1382.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____
MARK J. MARSELLA
Special Assistant U.S. Attorney
Criminal Division